IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT AUSTIN | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 01-7325 |
| THE DISTRICT ATTORNEY OF THE | : |
| COUNTY OF PHILADELPHIA, *et al* | : |

## ORDER

**AND NOW**, this 18th day of September 2017, upon considering the Plaintiff's Motion for reconsideration of a May 21, 2003 Order (ECF Doc. No. 33), and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Motion (ECF Doc. No. 33) is **DENIED**.

_____
KEARNEY, J.